| Trustee's Name, Address, Phone, Fax, Email: | UNITED STATES BANKRUPTCY COURT |
|---|---|
| David C. Farmer<br>P.O. Box 4379<br>Honolulu, HI 96812-4379<br>Phone: (808) 222-3133<br>Fax: (866) 559-2922<br>Email: farmerd001@hawaii.rr.com | **DISTRICT OF HAWAII** |
| Debtor(s):<br>MENEHUNE DEVELOPMENT CO., INC. | Case No.: 07-01347 FJR<br><br>Chapter 7 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $ 184.56 |
|---|---|

[*List claimants for unclaimed funds below - attach continuation sheets if necessary.*]

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 000003 | PUNA RENTALS<br>16-205 Melekahiwa<br>Keaau, HI 96749 | $ 1.54 |
| 000004 | ADVANCED MANUFACTURING TECHNOLOGIES<br>91-301 Kauhi Street<br>Kapolei, HI 96707 | 183.02 |
| Dated: February 3, 2011 | /s/ David C. Farmer<br>Trustee | |